UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH E. ANDERSON, et al.,<br><br>　　　　Defendants. | CASE NO. CR02-423C<br><br>ORDER |

　　　This matter comes before the Court on Defendants James and Pamela Moran's Joint Motion Requesting Permission to Travel Outside the District of Colorado (Dkt. No. 1172). The Court has carefully considered the papers submitted by the parties and hereby GRANTS Defendants' motion. Defendants may travel from their home in Colorado to San Diego, California from August 17, 2005 to August 25, 2005. The Court directs Defendants to maintain daily contact with their Pretrial Services Officer(s) during this period.

//

//

//

//

ORDER – 1

1     SO ORDERED this __29th__ day of July, 2005.

                                                                                            /s/ John C. Coughenour
                                                                    UNITED STATES DISTRICT JUDGE

ORDER – 2