1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KEITH E. ANDERSON, et al.,

        Defendants.

CASE NO. CR02-0423C

ORDER

15       This matter comes before the Court on Defendants James and Pamela Moran's motion (Dkt.

16 No. 1253) requesting permission to travel outside the District of Colorado.  Defendants seek

17 authorization to travel to San Diego, California on November 16, 2005, and return to Colorado by

18 November 23 to assist Pamela Moran's father in moving to Colorado.  The government does not

19 oppose the motion, except to request that Defendants be required to maintain daily contact with their

20 Pretrial Services Officer(s) for the duration of their travels.

21       Defendants' motion is therefore GRANTED, as modified: Defendants are ORDERED to

22 maintain daily contact with their Pretrial Services Officer(s) for the duration of their travels.

23       DATED this 27th day of October, 2005.

24
25
26
27

              UNITED STATES DISTRICT JUDGE

ORDER - 1

28