1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES MORAN and PAMELA MORAN,

Defendants.

CASE NO. CR02-0423C

ORDER

15    This matter comes before the Court on Defendants James and Pamela Moran's motion (Dkt.

16  No. 1340) seeking the partial release of funds in the Court's registry.  Having reviewed the

17  memoranda, declarations, and exhibits filed by the parties, and considering the complete record in

18  this matter, the Court finds and rules as follows.

19    In 2001, Defendants retained attorney Peter Mair in Seattle for their criminal defense and

20  attorney William Waller in Colorado for tax work.  (Decl. of James Moran ¶¶ 2–3.)  When

21  Defendants were arrested in Colorado, they directed Mair to transfer "a portion of the money being

22  held by him in his law firm trust account" to Waller's account in Colorado.  (*Id.* ¶ 5.)  In December

23  2002, Waller used $70,000 of those funds to pay each of Defendants' $35,000 bond in the Colorado

24  district court.  (*Id.* ¶ 6.)  The bonds were then transferred into the Registry in this Court.

25    Several weeks later, the grand jury in this case subpoenaed Mair's billing records related to

26  his representation of Defendants.  In an letter related to that subpoena, Mair's attorney stated his

27

28

ORDER - 1

1    understanding that "the government has not intended, and will not prospectively seek to forfeit past

2    fees or monies [Mair] received in connection with his representation of [Defendants]." (Mot. Ex. 7.)

3    The United States Attorney affirmed that it would not do so.

4          At Defendants' sentencing in April 2005, the Court granted the government's request that

5    the $35,000 cash bonds remain in the Registry and then be forfeited when Defendants commence

6    their respective terms of imprisonment.  (*See* Dkt. No. 1144 at 8.)  The Court did so, in part, based

7    on the likelihood that the primary source for the initial payment to attorney Mair was Defendants'

8    criminal activities in Costa Rica.  That this money found its way through a defense attorney's trust

9    account before entering the Court's Registry does not alter the money's original source or

10   forfeitability.  Nor does the Court read the letter agreement between Mair's attorney and the United

11   States Attorney as excluding from forfeiture monies that Defendants had previously redirected from

12   Mair to Waller for bond payment.  Accordingly, the Court hereby DENIES Defendants' motion for

13   partial release of bonds.

14         SO ORDERED this 17th day of July, 2006.

15

16                                            _____

17

18                                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28   ORDER - 2